IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KATRINA BLACKWOOD                                                               PLAINTIFF

VS.                                                          CIVIL ACTION NO: 1:04cv687WJG-JMR

HOME DEPOT U.S.A., INC.                                                         DEFENDANT

## SUMMARY JUDGMENT

This cause is before the Court on the Motion for Summary Judgment [25-1] filed by the Defendant, Home Depot U. S. A., Inc., pursuant to Federal Rule of Civil Procedure 56. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the motion of the Defendant, Home Depot U. S. A., Inc., for summary judgment [25-1] be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that the above styled action be, and is hereby, dismissed. It is further,

ORDERED AND ADJUDGED that each party bear their respective costs in connection with this action.

SO ORDERED AND ADJUDGED this the 30th day of January, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE